**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00060-CV

**PATRICK DAUS, Appellant**

**V.**

**MARIA DAUS, ET AL., Appellees**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-10283**

## ORDER

We **GRANT** appellee Maria Daus's July 23, 2013 unopposed second motion for an extension of time to file a brief. Appellee shall her brief on or before August 7, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE